22ND JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. TAMMANY

STATE OF LOUISIANA

DOCKET # 2009-15208                           DIVISION "I"

**KENNETH BRODSKY spouse of/and NICOLE BRODSKY**

**VERSUS**

**FIDELITY NATIONAL PROPERTY AND CASULATY INSURANCE COMPANY AND ARMED FORCES INSURANCE AGENCY, INC. also know as ARMED FORCES INSURANCE EXCHANGE also know as ARMED FORCES EXHCHANGE**

FILED: September 2, 2009                    _____
                                                                DEPUTY CLERK

## PETITION FOR DAMAGES, BREACH OF CONTRACT AND BAD FAITH

NOW INTO COURT, through undersigned counsel, come Plaintiffs, Kenneth and Nicole Brodsky, Petitioners in the above-captioned matter who files this Petition for Damages, Breach of Contract, and Bad Faith and respectfully represents:

I.

Kenneth and Nicole Brodsky ("Brodsky"), are persons of the age of majority and residence of the Parish of St. Tammany, State of Louisiana.

II.

Made Defendants herein are:

A) Fidelity National Property and Casualty Insurance Company ("Fidelity"), a foreign insurance company who is authorized to do and doing business in the State of Louisiana and the Parish of St. Tammany; and

B) Armed Forces Insurance Agency, Inc. also known as Armed Forces Insurance Exchange and Armed Forces Insurance, ("Armed Forces"), a foreign insurance company who is authorized to do and doing business in the State of Louisiana and the Parish of St. Tammany.

III.

On September 1, 2008 and September 13, 2008 Hurricanes Ike and Gustav struck St. Tammany, Louisiana causing extensive damage to the area and damage to petitioners residence located at 29276 Paquet Road, Lacombe, Louisiana 70445.

FAX FILED
8/31/09

1

EXHIBIT
A

IV.

Following the hurricanes, Plaintiffs suffered a loss of use of their residence for the two-week Parish closure period due to the problems and damage caused by the hurricane, respectively.

V.

Defendants, Armed Forces and/or Fidelity, issued a Home Owners Policy of Insurance bearing policy number 0403890 covering, among other things, damages associated with loss of use and wind damage. Defendants, Armed Forces and/or Fidelity also issued a policy Flood Protection Policy of Insurance bearing policy number 17 7701149168 covering, among other things, flood related damages and loss of contents.

VI.

The policies referenced provided coverage of the insured's damaged property pled herein.

VII.

Petitioners timely filed a claim with Fidelity and Armed Forces, to recover monetary damages for the damages sustained to their residence via wind and flood and damages associated with loss of use of residence and monies expended during the time of the mandatory evacuation and forced closure by the Parish after the hurricanes and the hurricanes' resulting damage to the entire adjoining area.

VIII.

After sending an adjuster out to inspect the residence, Fidelity and Armed Forces concluded that a portion of the claims for wind damages and/or flood damages were not covered and denied plaintiff's claim.

IX.

No further investigation was conducted by Fidelity and/or Armed Forces regarding the claims at issue in this litigation.

X.

Fidelity and Armed Forces failed to communicate with its insured after the claim was timely made and sufficient documentation establishing the claim was provided to it.

XI.

In failing to make the proper payment to Plaintiffs, Defendants breached their duty of good faith and fair dealing as mandated by LA-R.S. 22:1220. Specifically, Defendants failed to pay the amount of the claim due to Plaintiffs within sixty days after receipt of satisfactory proof of loss from the claimant and such failure was arbitrary, capricious, or without probable cause in direct violation of LA-R.S. 22:1220(B)(5). Accordingly, Defendants are liable to Petitioners for penalties pursuant to LA-R.S. 22:1220(C).

XII.

In failing to make the proper payment to Petitioners, as alleged above, Defendants breached their obligation to pay the amount of the claim within thirty days after receipt of satisfactory proofs of loss from the insured as mandated by LA-R.S. 22:658. Accordingly, Defendants are liable unto Petitioners for penalties pursuant to LA-R.S. 22:658(B).

XIII.

The damages sustained by Plaintiffs, were proximately and legally caused by the fault and negligence of Defendants by the negligent and/or intentional acts of omission and/or commission, including, but not limited to, the following:

A. Damages to the residence, loss of use, damages caused by their evacuation, additional living expenses were incurred, and other items covered under the polices in question;

B. Failure to comply with the statutory mandates of LSA-R.S. 22:1220;

C. Failure to comply with the statutory mandates of LSA-R.S. 22:658;

D. Breach of its fiduciary duty and professional obligations to Petitioner;

E. Breach of Contract; and

F. Any and all other acts of negligence that may be shown upon the trial of this matter.

XIV.

The damages sustained by the Plaintiffs exceed the requisite amount for a trial by jury herein.

XV.

Plaintiff has made amicable demand upon the defendant to no avail.

**WHEREFORE,** Petitioner prays that this Petition for Damages, Breach of Contract and Bad Faith be duly served on the Defendants, Fidelity National Property and Casualty Insurance Company, and Armed Forces Insurance Agency, Inc. also known as Armed Forces Insurance also known as Armed Forces Insurance Exchange and that said Defendants be duly cited to appear and answer same, and that after all legal delays and due proceedings had there be judgment rendered herein in favor of the Petitioners, Kenneth and Nicole Brodsky against the Defendants, for all reasonable, general, special and exemplary damages, and statutory penalties, together with legal interest thereon from date of judicial demand until paid, and for all costs of these proceedings, reasonable attorney's fees and for a trial by jury.

Respectfully submitted:

LAWRENCE & ASSOCIATES

By: _____
John S. Lawrence, Jr. (LSBA #19678)
David P. Curlin (LSBA #20771)
225 St. Ann Drive
Mandeville, LA 70471
Telephone:    (985) 674-4446
Facsimile:    (985) 674-4450
Attorneys for Plaintiffs

**PLEASE SERVE:**

**FIDELITY NATIONAL PROPERTY AND CASUALTY INSURANCE COMPANY**
Through the Louisiana Secretary of State
8549 United Plaza Blvd.
Baton Rouge, LA 70809

**ARMED FORCES INSURANCE AGENCY, INC.**
Through its Registered Agent for Service of Process:
D. Michael Dendy, Esq.
901 Derbigny Street
Gretna, Louisiana 70083

4

22ND JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. TAMMANY

STATE OF LOUISIANA

DOCKET # 2009-15208                                DIVISION "I"

KENNETH BRODSKY spouse of/and NICOLE BRODSKY

VERSUS

FIDELITY PROPERTY AND CASULATY INSURANCE COMPANY AND
ARMED FORCES INSURANCE EXCHANGE

FILED: September 2, 2009 _____
                              DEPUTY CLERK

### VERIFICATION OF PETITION

State of Louisiana

Parish of St. Tammany

　　　BEFORE ME, the undersigned Notary, personally came and appeared:

Kenneth and Nicole Brodsky

who being duly sworn, did depose and say:

　　　1. That they are the Plaintiffs in the above captioned matter;

　　　2. That all of the facts alleged in the foregoing Petition are true and correct to the best of their knowledge, information and belief.

_____
Kenneth Brodsky

_____
Nicole Brodsky

SWORN TO AND SUBSCRIBED BEFORE ME THIS 31st DAY OF

_____, 2009.

_____
NOTARY PUBLIC (#9678)
Print Name: John S. Lawrence, Jr.
COMMISSION EXPIRES AT DEATH

**FAX FILED**
8/31/09

5

# LAWRENCE & ASSOCIATES
## ATTORNEYS AT LAW

225 St. Ann Drive · Mandeville, Louisiana · 70471

John S. Lawrence, Jr., A.P.L.C.*
David P. Curlin
Charles W. Farr
* Also admitted in Texas

Tel: 985.674.4446
Fax: 985.674.4450

August 31, 2009

2009-15208 I
**FILED**
SEP 2 2009
MALISE PRIETO CLERK
Deputy _____

**VIA FAX FILE**
Malise Prieto
Clerk of Court
22nd Judicial District Court
P.O. Box 1090
Covington, LA 70434-1090

Re: Kenneth and Nicole Brodsky, et al v. Fidelity National Property and Casualty Insurance Company, et al
22nd Judicial District Court, Parish of St. Tammany, State of Louisiana
Case No. _____, Division "_____"

Dear Sir or Madam:

Enclosed please find the original and four copies of a Petition for Damages, Breach of Contract and Bad Faith in regards to the above captioned matter. Please file the original into the record and return a file stamped copy to me in the enclosed postage prepaid envelope. I have enclosed my firm's check in the amount of $_____.

I appreciate your courtesies in this regard. If anything further is needed, please advise.

Sincerely,

John S. Lawrence Jr.

Enclosures

cc: Mr. & Mrs. Kenneth Brodsky

FAX FILED
8/31/09

2009 SEP -2 A 10:48
MALISE PRIETO
CLERK OF COURT
ST. TAMMANY PARISH
STATE OF LOUISIANA
FILED FOR RECORD

2009-15208

**FILED**

SEP 2 2009

MALISE PRIETO - CLERK
Deputy _____

LAWRENCE & ASSOCIATES
ATTORNEYS AT LAW
225 St. Ann Drive
Mandeville, Louisiana 70471

Malise Prieto
Clerk of Court
22nd Judicial District Court
P.O. Box 1090
Covington, LA 70434-1090



# Malise Prieto
## Clerk of Court

P.O. Box 1090
Covington, LA 70434
(985) 809-8700

### 22nd Judicial District
### Parish of St. Tammany

ATTN: KIM ANN BOUDREAUX

Fax: -985-674-4450

FROM: ST TAMMANY CLERK

Phone - 985-809-8700
Fax     -985-809-8777

Document Type: NEW SUIT

Date Received: AUGUST 31, 2009

Title: **KENNETH BRODSKY ET AL VS. FIDELITY NATIONAL PROPERTY INSURANCE CO ET AL**

Suit No: **2009-15208-1**        **AMT DUE INCLUDING FAX FEE: $340.00**

# FAX RECEIPT

### PLEASE ATTACH TO FRONT PAGE OF ORIGINAL PLEADINGS OR YOUR ORIGINAL SUIT MAY NOT BE FILED TIMELY. PLACE NEW SUIT NUMBER ON ALL PLEADINGS.

R.S.13:850. Facsimile transmissions: filings in civil actions; fees; equipment and supplies
   A. Any paper in a civil action may be filed with the court by facsimile transmission. All clerks of court shall make available for their use equipment to accommodate facsimile filing in civil actions. Filing shall be deemed complete at the time that the facsimile transmission is received and a receipt of transmission has been transmitted to the sender by the clerk of court. The facsimile when filed has the same force and effect as the original.
   B. Within five days, exclusive of legal holidays, after the Clerk of Court has received the transmission, the party filing the document shall forward the following to the Clerk:
      (1) The original signed document
      (2) The applicable filing fee (**This includes fees for filing the fax pleadings as well as originals. New suits incur additional charges, such as judicial expense fund, parish council fee, etc...**)
      (3) **A transmission fee of $5.00 plus $0.25 per pg & confirmation fee of $10.00.**
   C. If the party fails to comply with the requirements of Subsection B, the facsimile filing shall have no force or effect. **However, certain fees are still due the Clerk's office. Call for correct amount.** The various district courts may provide by court rule for other matters related to filings by facsimile transmission.
   D The clerk may purchase equipment and supplies necessary to accommodate facsimile filings out of the clerk's salary fund.

### ATTENTION FILING CLERK
THIS IS THE ORIGINAL OF A PREVIOUSLY FAXED PLEADING.

```
** Transmit Confirmation Report **
P.1                                          Aug 31 2009 02:06pm
ST TAM CLERK OF COURT  Fax:985-809-8777
```

| Name/Fax No. | Mode | Start | Time | Page | Result | Note |
|---|---|---|---|---|---|---|
| 96744450 | Normal | 31,02:06pm | 0'42" | 0 | T.1.1 | |
| ↑ Transmission failed | | Send the document(s) from page 1 | | | | |



# Malise Prieto
### Clerk of Court

**22nd Judicial District**
**Parish of St. Tammany**

P.O. Box 1090
Covington, LA 70434
(985) 809-8700

ATTN: KIM ANN BOUDREAUX         Fax:   -985-674-4450

FROM: ST TAMMANY CLERK           Phone - 985-809-8700
                                 Fax   -985-809-8777
Document Type: NEW SUIT

Date Received: AUGUST 31, 2009

Title: **KENNETH BRODSKY ET AL VS. FIDELITY NATIONAL PROPERTY INSURANCE CO ET AL**

Suit No: **2009-15208-1**         **AMT DUE INCLUDING FAX FEE: $340.00**

## FAX RECEIPT

PLEASE ATTACH TO FRONT PAGE OF
ORIGINAL PLEADINGS OR YOUR ORIGINAL
SUIT MAY NOT BE FILED TIMELY.
PLACE NEW SUIT NUMBER ON ALL PLEADINGS.

R.S.13:850. Facsimile transmissions: filings in civil actions; fees; equipment and supplies
  A. Any paper in a civil action may be filed with the court by facsimile transmission. All clerks of court shall make available for their use equipment to accommodate facsimile filing in civil actions. Filing shall be deemed complete at the time that the facsimile transmission is received and a receipt of transmission has been transmitted to the sender by the clerk of court. The facsimile when filed has the same force and effect as the original.
  B. Within five days, exclusive of legal holidays, after the Clerk of Court has received the transmission, the party filing the document shall forward the following to the Clerk:
    (1) The original signed document
    (2) The applicable filing fee (This includes fees for filing the fax pleadings as well as originals. New suits incur additional charges, such as judicial expense fund, parish council fee, etc...)
    (3) A transmission fee of $5.00 plus $0.25 per pg & confirmation fee of $10.00.
  C. If the party fails to comply with the requirements of Subsection B, the facsimile filing shall have no force or effect. However, certain fees are still due the Clerk's office. Call for correct amount. The various district courts may provide by court rule for other matters related to filings by facsimile transmission.
  D. The clerk may purchase equipment and supplies necessary to accommodate facsimile filings out of the clerk's salary fund.

### ATTENTION FILING CLERK
THIS IS THE ORIGINAL OF A PREVIOUSLY FAXED PLEADING.

TRANSMISSION VERIFICATION REPORT

```
                                    TIME   : 08/31/2009 15:42
                                    NAME   : ST TAM CLERK OF COUR
                                    FAX    : 9858098777
                                    TEL    :
                                    SER.#  : BROA3J987090
```

```
DATE,TIME              08/31  15:41
FAX NO./NAME           96744450
DURATION               00:00:35
PAGE(S)                01
RESULT                 OK
MODE                   STANDARD
                       ECM
```

St Tammany Parish Clerk of Court - C200915208, 08/31/2009, 000 - page 1 of 7
Case 2:09-cv-06468-MLCF-DEK   Document 1-2   Filed 09/23/2009   Page 11 of 20
Aug 31 2009 1:32PM   HP LASERJET FAX                                   p.1

LAWRENCE & ASSOCIATES
ATTORNEYS AT LAW
225 ST. ANN DRIVE
MANDEVILLE, LOUISIANA 70471
TELEPHONE (985) 674-4446
FACSIMILE   (985)674-4450

---

### FACSIMILE TRANSMITTAL SHEET

| TO: Clerk of Court | FROM: Kim Ann Boudreaux |
|---|---|
| COMPANY: 22nd JDC | DATE: AUGUST 31, 2009 |
| FAX NUMBER: 985-809-8777 | TOTAL NO. OF PAGES INCLUDING COVER: |
| PHONE NUMBER: 985-809-8700 | SENDER'S REFERENCE NUMBER: |
| RE: Kenneth Brodsky, et al v. Fidelity National Property & Casualty Insurance Co., et al | YOUR REFERENCE NUMBER: |

☐ URGENT   ☐ FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY   ☐ PLEASE RECYCLE

NOTES/COMMENTS:

# REQUEST FOR FAX FILING
# REQUEST FOR ADVANCED COSTS
# REQUEST FOR CONFIRMATION OF FILING

FAX COPY

AUG 3 1 2009

St Tammany Parish Clerk of Court - C200915208, 08/31/2009, 000 - page 2 of 7
Case 2:09-cv-06468-MLCF-DEK    Document 1-2    Filed 09/23/2009    Page 12 of 20
Aug 31 2009 1:32PM    HP LASERJET FAX    p.2

# LAWRENCE & ASSOCIATES
## ATTORNEYS AT LAW

225 St. Ann Drive • Mandeville, Louisiana • 70471

John S. Lawrence, Jr., A.P.L.C. *
David P. Curlin
Charles W. Farr
* Also admitted in Texas

Tel: 985.674.4446
Fax: 985.674.4450

August 31, 2009

**VIA FAX FILE**
Malise Prieto
Clerk of Court
22nd Judicial District Court
P.O. Box 1090
Covington, LA 70434-1090

Re:   Kenneth and Nicole Brodsky, et al v. Fidelity National Property and Casualty
      Insurance Company, et al
      22nd Judicial District Court, Parish of St. Tammany, State of Louisiana
      Case No. _____, Division "____"

Dear Sir or Madam:

Enclosed please find the original and four copies of a Petition for Damages, Breach of Contract and Bad Faith in regards to the above captioned matter. Please file the original into the record and return a file stamped copy to me in the enclosed postage prepaid envelope. I have enclosed my firm's check in the amount of $_____.

I appreciate your courtesies in this regard. If anything further is needed, please advise.

Sincerely,

John S. Lawrence Jr.

Enclosures

cc:   Mr. & Mrs. Kenneth Brodsky

**FAX COPY**

AUG 3 1 2009

St Tammany Parish Clerk of Court - C200915208, 08/31/2009, 000 - page 3 of 7.
Case 2:09-cv-06468-MLCF-DEK   Document 1-2   Filed 09/23/2009   Page 13 of 20
Aug 31 2009 1:32PM   HP LASERJET FAX                                    p.3

## 22ND JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. TAMMANY

### STATE OF LOUISIANA

DOCKET # 2009-15208                                    DIVISION "I"

### KENNETH BRODSKY spouse of/and NICOLE BRODSKY

### VERSUS

### FIDELITY NATIONAL PROPERTY AND CASULATY INSURANCE COMPANY AND ARMED FORCES INSURANCE AGENCY, INC. also know as ARMED FORCES INSURANCE EXCHANGE also know as ARMED FORCES EXHCHANGE

FILED:_____      _____
                                           DEPUTY CLERK

### PETITION FOR DAMAGES, BREACH OF CONTRACT AND BAD FAITH

NOW INTO COURT, through undersigned counsel, come Plaintiffs, Kenneth and Nicole Brodsky, Petitioners in the above-captioned matter who files this Petition for Damages, Breach of Contract, and Bad Faith and respectfully represents:

I.

Kenneth and Nicole Brodsky ("Brodsky"), are persons of the age of majority and residence of the Parish of St. Tammany, State of Louisiana.

II.

Made Defendants herein are:

A)   Fidelity National Property and Casualty Insurance Company ("Fidelity"), a foreign insurance company who is authorized to do and doing business in the State of Louisiana and the Parish of St. Tammany; and

B)   Armed Forces Insurance Agency, Inc. also known as Armed Forces Insurance Exchange and Armed Forces Insurance, ("Armed Forces"), a foreign insurance company who is authorized to do and doing business in the State of Louisiana and the Parish of St. Tammany.

III.

On September 1, 2008 and September 13, 2008 Hurricanes Ike and Gustav struck St. Tammany, Louisiana causing extensive damage to the area and damage to petitioners residence located at 29276 Paquet Road, Lacombe, Louisiana 70445.

FAX COPY

AUG 3 1 2009

1

St Tammany Parish Clerk of Court - C200915208, 08/31/2009, 000 - page 4 of 7
Case 2:09-cv-06468-MLCF-DEK   Document 1-2   Filed 09/23/2009   Page 14 of 20
Aug 31 2009 1:32PM   HP LASERJET FAX                                p.4

IV.

Following the hurricanes, Plaintiffs suffered a loss of use of their residence for the two-week Parish closure period due to the problems and damage caused by the hurricane, respectively.

V.

Defendants, Armed Forces and/or Fidelity, issued a Home Owners Policy of Insurance bearing policy number 0403890 covering, among other things, damages associated with loss of use and wind damage. Defendants, Armed Forces and/or Fidelity also issued a policy Flood Protection Policy of Insurance bearing policy number 17 7701149168 covering, among other things, flood related damages and loss of contents.

VI.

The policies referenced provided coverage of the insured's damaged property pled herein.

VII.

Petitioners timely filed a claim with Fidelity and Armed Forces, to recover monetary damages for the damages sustained to their residence via wind and flood and damages associated with loss of use of residence and monies expended during the time of the mandatory evacuation and forced closure by the Parish after the hurricanes and the hurricanes' resulting damage to the entire adjoining area.

VIII.

After sending an adjuster out to inspect the residence, Fidelity and Armed Forces concluded that a portion of the claims for wind damages and/or flood damages were not covered and denied plaintiff's claim.

IX.

No further investigation was conducted by Fidelity and/or Armed Forces regarding the claims at issue in this litigation.

X.

Fidelity and Armed Forces failed to communicate with its insured after the claim was timely made and sufficient documentation establishing the claim was provided to it.

FAX COPY

AUG 3 1 2009

St Tammany Parish Clerk of Court - C200915208, 08/31/2009, 000 - page 5 of 7
Case 2:09-cv-06468-MLCF-DEK    Document 1-2    Filed 09/23/2009    Page 15 of 20
Aug 31 2009 1:32PM    HP LASERJET FAX                              p.5

XI.

In failing to make the proper payment to Plaintiffs, Defendants breached their duty of good faith and fair dealing as mandated by LA-R.S. 22:1220. Specifically, Defendants failed to pay the amount of the claim due to Plaintiffs within sixty days after receipt of satisfactory proof of loss from the claimant and such failure was arbitrary, capricious, or without probable cause in direct violation of LA-R.S. 22:1220(B)(5). Accordingly, Defendants are liable to Petitioners for penalties pursuant to LA-R.S. 22:1220(C).

XII.

In failing to make the proper payment to Petitioners, as alleged above, Defendants breached their obligation to pay the amount of the claim within thirty days after receipt of satisfactory proofs of loss from the insured as mandated by LA-R.S. 22:658. Accordingly, Defendants are liable unto Petitioners for penalties pursuant to LA-R.S. 22:658(B).

XIII.

The damages sustained by Plaintiffs, were proximately and legally caused by the fault and negligence of Defendants by the negligent and/or intentional acts of omission and/or commission, including, but not limited to, the following:

A. Damages to the residence, loss of use, damages caused by their evacuation, additional living expenses were incurred, and other items covered under the polices in question;

B. Failure to comply with the statutory mandates of LSA-R.S. 22:1220;

C. Failure to comply with the statutory mandates of LSA-R.S. 22:658;

D. Breach of its fiduciary duty and professional obligations to Petitioner;

E. Breach of Contract; and

F. Any and all other acts of negligence that may be shown upon the trial of this matter.

XIV.

The damages sustained by the Plaintiffs exceed the requisite amount for a trial by jury herein.

FAX COPY

AUG 3 1 2009

3

St Tammany Parish Clerk of Court - C200915208, 08/31/2009, 000 - page 6 of 7
Case 2:09-cv-06468-MLCF-DEK   Document 1-2   Filed 09/23/2009   Page 16 of 20
Aug 31 2009 1:33PM    LASERJET FAX                                    p.6

XV.

Plaintiff has made amicable demand upon the defendant to no avail.

**WHEREFORE,** Petitioner prays that this Petition for Damages, Breach of Contract and Bad Faith be duly served on the Defendants, Fidelity National Property and Casualty Insurance Company, and Armed Forces Insurance Agency, Inc. also known as Armed Forces Insurance also known as Armed Forces Insurance Exchange and that said Defendants be duly cited to appear and answer same, and that after all legal delays and due proceedings had there be judgment rendered herein in favor of the Petitioners, Kenneth and Nicole Brodsky against the Defendants, for all reasonable, general, special and exemplary damages, and statutory penalties, together with legal interest thereon from date of judicial demand until paid, and for all costs of these proceedings, reasonable attorney's fees and for a trial by jury.

Respectfully submitted:

LAWRENCE & ASSOCIATES

By: _____
John S. Lawrence, Jr. (LSBA #19678)
David P. Curlin (LSBA #20771)
225 St. Ann Drive
Mandeville, LA 70471
Telephone:   (985) 674-4446
Facsimile:   (985) 674-4450
Attorneys for Plaintiffs

**PLEASE SERVE:**

**FIDELITY NATIONAL PROPERTY AND CASUALTY INSURANCE COMPANY**
Through the Louisiana Secretary of State
8549 United Plaza Blvd.
Baton Rouge, LA 70809

**ARMED FORCES INSURANCE AGENCY, INC.**
Through its Registered Agent for Service of Process:
D. Michael Dendy, Esq.
901 Derbigny Street
Gretna, Louisiana 70083

FAX COPY

AUG 3 1 2009

St Tammany Parish Clerk of Court - C200915208, 08/31/2009, 000 - page 7 of 7
Case 2:09-cv-06468-MLCF-DEK   Document 1-2   Filed 09/23/2009   Page 17 of 20
Aug 31 2009 1:33PM   HP LASERJET FAX                                    p.7

22ND JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. TAMMANY

STATE OF LOUISIANA

DOCKET #_____                                    DIVISION "___"

KENNETH BRODSKY spouse of/and NICOLE BRODSKY

VERSUS

FIDELITY PROPERTY AND CASULATY INSURANCE COMPANY AND
ARMED FORCES INSURANCE EXCHANGE

FILED:_____     _____
                                DEPUTY CLERK

### VERIFICATION OF PETITION

State of Louisiana

Parish of St. Tammany

BEFORE ME, the undersigned Notary, personally came and appeared:

**Kenneth and Nicole Brodsky**

who being duly sworn, did depose and say:

1. That they are the Plaintiffs in the above captioned matter;

2. That all of the facts alleged in the foregoing Petition are true and correct to the best of their knowledge, information and belief.

_____
Kenneth Brodsky

_____
Nicole Brodsky

SWORN TO AND SUBSCRIBED BEFORE ME THIS 31st DAY OF
_____August_____, 2009.

_____
NOTARY PUBLIC (#19678)
Print Name: John S. Lawrence, Jr.
COMMISSION EXPIRES AT DEATH

FAX COPY

AUG 3 1 2009

5

| | |
|---|---|
| KENNETH BRODSKY, ET AL | No.  2009-15208 I |
| Versus | 22nd Judicial District Court<br>Parish of St. Tammany |
| FIDELITY NATIONAL PROPERTY &<br>CASUALTY INSURANCE CO., ET AL | Louisiana |

TO THE DEFENDANT   FIDELITY NATIONAL PROPERTY AND CASUALTY INSURANCE COMPANY

THROUGH THE LOUISIANA SECRETARY OF STATE, 8549 UNITED PLAZA BLVD., BATON ROUGE, LA 70809

You are hereby summoned to comply with the demand contained in the petition/ of which a true and correct copy (exclusive of exhibits) accompanies this citation, or make an appearance, either by filing a pleading or otherwise, in the 22nd Judicial District Court in and for the Parish of St. Tammany, State of Louisiana, within fifteen (15) days after the service hereof, under penalty of default judgment against you.

Witness the Honorable the Judges of said Court this   2ND   day of   SEPTEMBER   A.D. 20  09

*Malise Prieto*, CLERK OF COURT

BY:   S/CONNIE GENNARO

DEPUTY CLERK OF COURT

ISSUED: 9/8/09

Attorney   JOHN S. LAWRENCE, JR.   PO1

225 ST. ANN DR.

MANDEVILLE, LA 70471

Received on _____, 20 ___, and on the _____ day of _____, 20 ___, I served a true copy of the within _____ on _____ in person, at domicile with _____ in _____ Parish, a distance of _____ miles from the Court House.

Deputy Sheriff

Parish of _____

K-101                                                                                                         101-15

| | |
|---|---|
| KENNETH BRODSKY, ET AL | No. 2009-15208 I |
| Versus | **22nd Judicial District Court** |
| | **Parish of St. Tammany** |
| FIDELITY NATIONAL PROPERTY & | |
| CASUALTY INSURANCE CO., ET AL | **Louisiana** |

TO THE DEFENDANT   ARMED FORCES INSURANCE AGENCY, INC. THROUGH ITS REGISTERED AGENT FOR SERVICE OF PROCESS, D. MICHAEL DENDY, ESQ., 901 DERBIGNY STREET, GRETNA, LOUISIANA 70083

You are hereby summoned to comply with the demand contained in the petition/ of which a true and correct copy (exclusive of exhibits) accompanies this citation, or make an appearance, either by filing a pleading or otherwise, in the 22nd Judicial District Court in and for the Parish of St. Tammany, State of Louisiana, within fifteen (15) days after the service hereof, under penalty of default judgment against you.

Witness the Honorable the Judges of said Court this   2ND   day of   SEPTEMBER   A.D. 20   09

*Malise Prieto*, CLERK OF COURT

BY:   S/CONNIE GENNARO

DEPUTY CLERK OF COURT

ISSUED: 9/8/09

Attorney   JOHN S. LAWRENCE, JR.   PO1

225 ST. ANN DR.

MANDEVILLE, LA 70471

Received on _____, 20 ___, and on the ___ day of _____, 20 ___, I served a true copy of the within _____, on _____ in person, at domicile with _____ in _____ Parish, a distance of _____ miles from the Court House.

_____
Deputy Sheriff

Parish of _____

K-101                                                                                    101-15



# Malise Prieto

**Clerk of Court**

**22nd Judicial District**
**Parish of St. Tammany**

P.O. Box 1090
Covington, LA
70434
(985) 809-8700

September 8, 2009

HON. SID J. GAUTREAUX, III
CIVIL SHERIFF
EAST BATON ROUGE PARISH
P. O. BOX 3277
BATON ROUGE, LA 70821

RE:   KENNETH BRODSKY, ET AL
       VS. #2009-15208 I
       FIDELITY NATIONAL PROPERTY & CASUALTY INS. CO., ET AL

Dear Sir:

Enclosed please find a citation & certified copy together with a certified copy of the Original Petition, that are to be served on the following:

FIDELITY NATIONAL PROPERTY AND CASUALTY INSURANCE COMPANY THROUGH THE LOUISIANA SECRETARY OF STATE, 8549 UNITED PLAZA BLVD., BATON ROUGE, LA 70809

After service has been made, please mail your return to this office for filing.

Also, enclosed please find our check made payable to YOU in the amount of $         and our check made payable to the Secretary of State in the amount of $

Sincerely,


Connie Gennaro
Deputy Clerk